# 16-CV-62200 DIMITRIOULEAS/WHITE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 16010246CF10A

Joshua E White
(Write the full name of the plaintiff)

vs.

Coconut Creek Police Department
Broward Sherriff's Office

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. Party Information

A. Plaintiff: Joshua White

   Address: North Broward Bureau facility

   Inmate/Prison No.: 511600623

   Year of Birth: 1981 _____ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Coconut Creek Police Dept.    Defendant: Broward Sherriffs Office

   Official Position: _____    Official Position: _____

   Place of Employment: _____    Place of Employment: _____

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

CC PD and also BSO used excessive force. Illeagal search and seizure. No warrant or probable cause and violation of my rights.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Dismisal of case, charges exsponged from my record $100,000 for false imprisonment and defamation of charactor

warrant, They violated my 4th, and 6th ammended rights

**WHEREFORE,** Petitioner moves this Court to issue its **WRIT OF HABEAS CORPUS** and grant such other and further relief as Petitioner is entitled, including his discharge from custody or release on non-monetary conditions of bail.

### CERTIFICATE OF SERVICE

I, Joshua E. White, the defendant do hereby certify that the information Prescribed to here in the foregoing Motion before the Court is true and correct, to the best of my Knowledge, understanding and belief and that a true copy is being forwarded to the Clerk of the Courts For the 4th, at 1525 Palm Beach Lakes Blvd, West Palm Beach, Florida 33401, to the SAO, the Office of the Public Defender, and to the Honorable Judge _____,
Presiding: on this 6th day of September, 2006

By: Joshua White
Defendant, Pro Se
Arrest No. 511600623
P.O. Box 9356
Fort Lauderdale, FL 33310-9356

### NOTARY CERTIFICATION

**Sworn to and subscribed** be me the undersigned authority by the Defendant in this Cause, who is personally known to me and/or who has taken an oath; on this _____ day of _____, 200__.

NOTARY PUBLIC SIGNATURE          SEAL

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA, FOURTH DISTRICT

cat/div **530/2254/FT.L.**
Case # _____
Judge _____ Mag **WHITE**
Motn Ifp **YES** Fee pd $ **0**
Receipt # _____

STATE OF FLORIDA,

    PLAINTIFF,

VS.

Joshua E. White,
DEFENDANT/ APPELLANT,

CRIMINAL DIVISION

CASE NO. (S) **16010246CF10A**

JUDGE: _____

FILED by **W** D.C.
SEP 15 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, **Joshua White**, submits this **Petition For Writ of Habeas Corpus,** alleges that he is being illegally detained and, in support thereof alleges:

### GROUNDS
(Check grounds that apply to you)

✓ Petitioner is being illegally detained on a criminal charge due to violations of the U.S. and State of Florida Constitutional rights and rules of Florida rules of Criminal Procedure.

✓ The Court has failed to provide the Defendant with a copy of the charges pending against him as required by Article I, Section 16 of the Florida Constitution and the Florida rules of Criminal Procedure 3.130(b).

✓ The Magistrate abused its discretion by failing to accord due consideration to the presumption in favor of release on non-monetary conditions of bail, for any person entitled to per-trial release; and, the Magistrate further failed to impose the first of the stated conditions of release that would reasonably assure the presence of the defendant at trial.

✓ The Magistrate failed to make proper inquiry into the factors listed in Florida Rules of Criminal Procedure 3.131 (b)(3), as required by Florida Rules of Criminal Procedure 3.130(d), in setting the conditions of release in this cause. That is, the Magistrate failed to give individual and full consideration of all legally relevant factors in setting bail, in violation of the above rules and **PAYRET V. AMAMS, 471 So. 2d. 218 ( 4DCA   1985).**

✓ The Magistrate abused his discretion in setting an excessive bail in this cause, which bail is tantamount to no bail in light of the Petitioner's financial resources: **GOOD V. WILLIE, 382 So. 2d. 408 ( 4 DCA – 1980).**

✓ Petitioner has been illegally detained in this cause in excess of thirty days (30) and, without good cause, has not been charged by Indictment of Information since the date of his arrest or service of capias, and Petitioner is entitled to be released from custody on his own recognizance.

✓ The Magistrate or trial judge set a monetary condition of bail that is tantamount to preventative detention.

✓ Petitioner is being illegally detained in this cause because;
They didn't have probable cause, or no

## IV. Jury Demand

Are you demanding a jury trial?        ____ Yes        ✓ No

Signed this 6th day of September, 2016

_Joshua White_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 9-6-2016

_Joshua White_
Signature of Plaintiff

Sonia R. White
#5116006023
Case # 1601024GCF10A
North Broward Bureau facility
Ft Lauderdale, Fl 33340
P. Box 407037

USMS INSPECTED
RECEIVED

Clerks Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, Fl 33128-7716



33128-7716 0075

FOREVER USA